FILED
2010 JUN 25 PM 2:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Court No. 92CR0980-GT |
| Plaintiff, ) | |
| v. ) | ORDER FOR APPEARANCE |
| ROBERTO PEREDA-GUTIERREZ, ) | OF JUDGMENT DEBTOR |
| Defendant and ) | |
| Judgment Debtor. ) | DATE: July 14, 2010<br>TIME: 9:30 a.m. |

TO THE JUDGMENT DEBTOR:

Based on the foregoing declaration, it appears that this is a proper case for your appearance. Therefore, on application of plaintiff,

I ORDER YOU to appear in U. S. District Court, in the courtroom of Magistrate Judge EDIT, at 940 Front Street, San Diego, California, on July 14, 2010, at 9:30 a.m., and answer concerning your property before the United States Magistrate Judge appointed referee to conduct the examination, and bring copies of your latest federal and state tax returns.

///

///

///

///

NOTICE TO JUDGMENT DEBTOR

IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Cal. Civ. § 708.110.

DATED: 6/24/10

United States Magistrate Judge